UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

YASEEN TRAYNOR,

                          Plaintiff,

             -v-

MYLOCKER.COM, LLC,

                        Defendant.

19-CV-6055 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Traynor filed this action on June 28, 2019. (Dkt. No. 1.) Defendant was served on July 24, 2019. (Dkt. No. 5.) No appearance has been entered on Defendant's behalf, and no response to the complaint has been filed to date. On August 29, 2019, this Court ordered Plaintiff to either (1) file a status letter updating the Court, or (2) move for default judgment against the defendant on or before September 12, 2019. (Dkt. No. 6.) The order warned Plaintiff that failure to do so may result in dismissal for failure to prosecute. (*Id.*) Plaintiff has failed to comply with this Court's order for over thirty days. Indeed, he has not communicated with the Court since July 12, 2019. (*See* Dkt. No. 5.)

"A district court . . . has the power to dismiss for failure to prosecute *sua sponte*" pursuant to Federal Rule of Civil Procedure 41(b). *Martens v. Thomann*, 273 F.3d 159, 179 (2d Cir. 2001) (citation omitted). Plaintiff has failed to comply with this Court's order for thirty days, and has done so despite a warning that this action may be dismissed as a result. The lack of response gives the Court "no indication" that Plaintiff "wishes to continue with this action." *See Garcia v. Tal on 1st Inc.*, No. 14-CV-9042, 2016 WL 205442, at *2 (S.D.N.Y. Jan. 15, 2016).

Accordingly, this action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 15, 2019
      New York, New York

_____
J. PAUL OETKEN
United States District Judge